IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                    No. CIV S-05-1898 FCD EFB P

   vs.

D.L. RUNNELS, et al.,

      Defendants.          <u>ORDER</u>

_____/

      On December 22, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 12, 2006, dismissing his amended complaint with leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 12, 2006, is affirmed. Plaintiff shall file his second amended complaint within thirty days.

DATED: February 20, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE