IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

        Plaintiff,                   No. CIV S-05-1898 FCD EFB P

    vs.

D. L. RUNNELS, et al.,

        Defendant.              <u>ORDER</u>

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 12, 2006, the court dismissed plaintiff's complaint with leave to amend. On February 6, 2007, plaintiff filed a document styled, "Ex Parte Notice of Motion & Motion for Order to Show Cause," requesting the court to direct L.T.A. Willaims (presumably a librarian) and the warden of High Desert State Prison to explain why the plaintiff is being denied access to the law library and prevented from filing an amended complaint. However, on February 20, 2007, plaintiff filed his amended complaint. By separate order, the court accepted this complaint as timely filed. Therefore, the court declines to direct L.T.A. Williams and the warden of High Desert State Prison to explain plaintiff's alleged lack of access to the law library.

////

////

1     Accordingly, it is ORDERED that plaintiff's February 6, 2007, request is denied.

2 Dated: March 19, 2007.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE