IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                                     No. CIV S-05-1898 JAM EFB P

  vs.

D.L. RUNNELS, et al.,

      Defendants.                                   ORDER
_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 7, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed June 7, 2011, are adopted in full;

3       2.  Plaintiff's claims against CDCR and various defendants for violating regulations contained within title 15 of the California Code of Regulations are dismissed without leave to amend.

DATED:   October 5, 2011

                                /s/ John A. Mendez
                                UNITED STATES DISTRICT JUDGE