UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>D.L. RUNNELS, et al.,<br><br>    Defendants. | No.  2:05-cv-1898-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On January 2, 2014, the Magistrate Judge issued an order denying plaintiff's request for appointment of counsel.  ECF No. 119.  Plaintiff seeks reconsideration of that order.  ECF No. 123.

Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 2, 2014, is affirmed and the Clerk of the Court shall terminate docket number 123.

DATED:  March 12, 2014              /s/ John A. Mendez                              
                                                          UNITED STATES DISTRICT COURT JUDGE